**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02768-REB-BNB

THEODORE G. MONSOUR, II,

    Plaintiff,

v.

SILVERMAN AND BORENSTEIN, PLLC,
THE MOORE LAW GROUP, APC,
DANIEL NATHAN CHAPMAN, and
BRETT PRESTON RILEY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation to Dismiss Case with Prejudice** [#17][1] filed January 13, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice, with the parties to bear their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Dismiss Case with Prejudice** [#17] filed January 13, 2014, is **APPROVED**; and

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 13, 2014, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge